IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     vs.<br><br>DONNELL CHANEY,<br><br>                    Defendant. | 8:08CR442<br><br>**ORDER** |

This matter is before the Court on the defendant's motion for a copy of his Sentencing Transcripts (Filing No. 46). The defendant requests a waiver of fees associated with the costs of the copies. The Court sentenced the defendant on May 18, 2009 (Filing No. 38 and 40). No transcripts of the sentencing proceedings have been prepared. Accordingly, the Court will deny the defendant's motion. The defendant may fill out a Request for Transcript form if he so chooses, however, the defendant will be required to pay the cost of the preparation of the transcript.

THEREFORE, IT IS ORDERED:

1. The defendant's Motion for Copies and to waive such costs [46] is denied.

2. The Clerk of the Court shall mail a Request for Transcript form to the defendant.

Dated this 25th day of February, 2014.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge